**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE:
WANEYCA HICKS GRAY
DEBTOR(S)                                                                    CASE NO. 18-51305

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. The following documents have not been provided to the Trustee:
    a. Title to the 2012 Nissan Altima
    b. Most recent pay advices

2. The plan is not feasible.  Secured claims plus administrative expenses will not be paid in full within 60 months.  The plan must be amended as necessary, such as by increasing plan payments, re-amortizing secured claims, or taking other appropriate action.

3. Plan payments are 1 month(s) past due. No payments have been made since the petition was filed on July 12, 2018.

                              Beverly M. Burden, Chapter 13 Trustee

                        By:    /s/Donald B. Smith
                              Donald B. Smith,
                              Attorney for Trustee
                              Ky. Bar ID:  89052
                              P.O. Box 2204
                              Lexington, KY 40588-2204
                              (859) 233-1527
                              notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on Brian T. Canupp, Esq. on August 28, 2018.

                              Beverly M. Burden, Chapter 13 Trustee

                        By:    /s/Donald B. Smith
                              Donald B. Smith,
                              Attorney for Trustee